UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 30 AM 7:36

LORETTA G. WHYTE
CLERK

LIONEL PARKS, SR.                    CIVIL ACTION

VERSUS                               NO. 07-3716

E. JORDAN, JR. ET AL.                SECTION "C" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion to dismiss is GRANTED, and plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

New Orleans, Louisiana, this 29 day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____