UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIONEL PARKS, SR. | CIVIL ACTION |
| VERSUS | NO. 07-3716 |
| E. JORDAN, JR. ET AL. | SECTION "C" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion to dismiss is GRANTED, and plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

New Orleans, Louisiana, this 5th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE